IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. DNCW313CR00186-001 |
| ) | (Financial Litigation Unit) |
| ) | |
| C. DAVID WRIGHT, ) | |
| Defendant, ) | |
| and ) | |
| ) | |
| NC DEP'T OF STATE TREASURER, ) | |
| Garnishee. ) | |

## ORDER OF CONTINUING GARNISHMENT

**THIS MATTER** is before the Court on the Answer of North Carolina Department of State Treasurer, as Garnishee. On October 28, 2014, the Honorable Robert J. Conrad, Jr. sentenced Defendant to forty-eight months imprisonment on his conviction for mail fraud in violation of 18 U.S.C. § 1341. Judgment in the criminal case was filed on November 24, 2014 (Docket No. 19). As part of that Judgment, Defendant was ordered to pay an assessment of $100.00 and restitution of $817,975.00 to the victims of the crime. *Id*.

On April 21, 2015, the Court entered a Writ of Continuing Garnishment ("Writ") (Docket No. 24), to Garnishee, North Carolina Department of State Treasurer, ("Garnishee"). The United States is entitled to a wage garnishment of twenty-five percent of Defendant's periodic pension distributions and has satisfied the prerequisites set forth in 15 U.S.C. § 1673. Defendant was served with the Writ on April 24, 2015, and Garnishee was served on April 23, 2015. Garnishee filed an Answer on May 5, 2015 (Docket No. 27), stating that at the time of the service of the Writ, Garnishee anticipates owing the judgment debtor a future monthly pension benefit in the amount of $1,640.34.

IT IS THEREFORE ORDERED that an Order of Continuing Garnishment is hereby ENTERED in the amount of $811,048.06 computed through May 28, 2015. Garnishee will pay the United States twenty-five percent of Defendant's periodic pension distributions, and Garnishee will continue said payments until the debt to the Plaintiff is paid in full or until Garnishee no longer has custody, possession or control of any property belonging to Defendant or until further order of this Court.

Payments should be made payable to the United States Clerk of Court and mailed to:

> Clerk of the United States District Court
> 401 West Trade Street
> Charlotte, North Carolina 28202

In order to ensure that each payment is credited properly, the following should be included on each check: Court Number DNCW313CR00186-001.

Plaintiff will submit this debt to the Treasury for inclusion in the Treasury Offset Program. Under this program, any federal payment Defendant would normally receive may be offset and applied to this debt.

**SO ORDERED**.

_____
David S. Cayer
United States Magistrate Judge